## PARKER *v.* CITY OF ASTORIA.

APPEAL from Clatsop: T. A. McBRIDE, Judge.

*Mr. George Noland,* for Appellants.

*Mr. Frank J. Taylor,* for Respondents.

Opinion by MR. CHIEF JUSTICE LORD.

This is a suit to enjoin the collection of certain street assessments against the property described in the com-

plaint, and involves the same ordinances which were held to be invalid in the case of *Babbidge* v. *City of Astoria.* As such ordinances failed to become law, the proceedings founded upon them are void, and the decree must therefore be reversed and the defendants enjoined from further proceedings in the premises.